# EXHIBIT C



# Superior Court of California, County of Sacramento
720 Ninth Street Sacramento, CA 95814-1380 (916) 874-5522—Website www.saccourt.ca.gov

## NOTICE AND ORDER OF COMPLEX CASE DETERMINATION

**Case Title:** _CARLOS JIMENEZ v. ROOFLINE INC_   **Case Number:** 34-2023-00333516

Having reviewed and considered the pleadings on file, the court orders:

☒ **THE CASE IS DEEMED COMPLEX** and is assigned to:

☒ Hon. Jill Talley presiding in Dept. 27   ☐ Hon. Lauri Damrell presiding in Dept. 28

This assignment is for all purposes pursuant to California Rules of Court 3.734, et seq. for complex case management, law and motion, and pre-assigned to this department for trial. Other motions reference in Local Rule 1.05 shall also be heard in this department.

| This action involves one or more of the following: | The action is likely to involve: |
|---|---|
| ☐ Antitrust or trade regulations claims | ☒ Numerous pretrial motions raising difficult or novel legal issues that will be time-consuming to resolve |
| ☐ Construction defect claims involving many parties | ☒ Management of large number of witnesses or a substantial amount of documentary evidence |
| ☐ Securities claims or investment losses involving many parties | ☐ Management of a large number of separately represented parties |
| ☐ Environmental or toxic tort claims involving many parties | ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court |
| ☐ Claims involving mass torts | |
| ☒ Claims involving class actions | ☐ Substantial post judgment judicial supervision |
| ☐ Insurance coverage claims arising out of any of the claims lited above | ☐ Other: |

Government Code section 70616 establishes the fees for complex cases. Pursuant to Government Code section 70616, any non-exempt party who has appeared in this action, but who has not paid the required complex case fee, is ordered to pay the fee to the clerk within ten calendar days of the filing of this order. Failure to pay the required fees shall have the same effect as the failure to pay a filing fee, and shall be subject to the same enforcement and penalties (Cal. Gov. Code § 70616(g)).

☐ **THE CASE IS DECLARED NOT COMPLEX:** Any complex case fees that the parties have previously paid pursuant to 70616(a) or (b) shall be reimbursed upon submission of a refund request together with a copy of this minute order by the paying party to the Court's Civil General Civil Processing Unit. It may be submitted by mail or placed in one of the Civil Drop Boxes located in Room 102 and the lobby of the Gordon D. Schaber Courthouse at 720 9th Street, Sacramento CA 95814.

**The plaintiff is directed to serve all other parties with a copy of this order.**

DATED: 11/27/2023

STEVEN GEVERCER
Supervising Judge Civil Division
Superior Court of California, County of Sacramento

## CERTIFICATE OF SERVICE BY MAILING
### (C.C.P. Sec. 1013a(4))

CARLOS JIMENEZ v. ROOFLINE INC
Case No.: 34-2023-00333516

I, the Clerk of the Superior Court of California, County of Sacramento, certify that I am not a party to this cause, and on the date shown below I served the foregoing **NOTICE and ORDER OF COMPLEX CASE DETERMINATION,** by depositing true copies thereof, enclosed in separate, sealed envelopes with the postage fully prepaid, in the United States Mail at Sacramento, California, each of which envelopes was addressed respectively to the persons and addresses shown below:

**ORLANDO VILLALBA**
CAPSTONE LAW APC
1875 CENTURY PARK EAST STE 1000
LOS ANGELES, CA 90067

I, the undersigned deputy clerk, declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/31/23

Superior Court of California,
County of Sacramento

A. O'Donnell

BY FAX

FILED/ENDORSED
FEB 09 2023
By: T. Crowther
Deputy Clerk

Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Helga Hakimi (SBN 257381)
Helga.Hakimi@capstonelawyers.com
Roxanna Tabatabaeepour (SBN 260187)
Roxanna.Taba@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Carlos Jimenez and Juan Pinzon

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| CARLOS JIMENEZ and JUAN PINZON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY, an Oregon corporation; SRS DISTRIBUTION INC., a Delaware corporation; J. B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., a California corporation; BUILDERS SUPPLY LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 34-2023-00333516<br><br>**NOTICE OF ORDER RE COMPLEX CASE DETERMINATION**<br><br><br>Complaint Filed: January 23, 2023<br>Trial Date: None Set |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 27, 2023, the Court issued a Notice and Order of Complex Case Determination. The Court having reviewed and considered the pleadings on file, orders the Case is deemed Complex and is assigned to Hon. Jill Talley presiding in department 27. A copy of the Notice and Order of Complex Case Determination is attached hereto as **Exhibit A**.

Dated: February 9, 2023

Respectfully submitted,

Capstone Law APC

By: *Roxanna Tabatabaeepour*
Orlando Villalba
Helga Hakimi
Roxanna Tabatabaeepour

Attorneys for Plaintiff Carlos Jimenez and Juan Pinzon

# EXHIBIT "A"



Superior Court of California, County of Sacramento
720 Ninth Street Sacramento, CA 95814-1380 (916) 874-5522—Website www.saccourt.ca.gov

## NOTICE AND ORDER OF COMPLEX CASE DETERMINATION

Case Title: <u>CARLOS JIMENEZ v. ROOFLINE INC</u>　Case Number: <u>34-2023-00333516</u>

Having reviewed and considered the pleadings on file, the court orders:

☑ **THE CASE IS DEEMED COMPLEX** and is assigned to:

　✓　Hon. Jill Talley presiding in Dept. 27　　_____　Hon. Lauri Damrell presiding in Dept. 28

This assignment is for all purposes pursuant to California Rules of Court 3.734, et seq. for complex case management, law and motion, and pre-assigned to this department for trial. Other motions reference in Local Rule 1.05 shall also be heard in this department.

| This action involves one or more of the following: | The action is likely to involve: |
|---|---|
| ☐ Antitrust or trade regulations claims | ☑ Numerous pretrial motions raising difficult or novel legal issues that will be time-consuming to resolve |
| ☐ Construction defect claims involving many parties | ☑ Management of large number of witnesses or a substantial amount of documentary evidence |
| ☐ Securities claims or investment losses involving many parties | ☐ Management of a large number of separately represented parties |
| ☐ Environmental or toxic tort claims involving many parties | ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court |
| ☐ Claims involving mass torts | |
| ☑ Claims involving class actions | ☐ Substantial post judgment judicial supervision |
| ☐ Insurance coverage claims arising out of any of the claims lited above | ☐ Other: |

Government Code section 70616 establishes the fees for complex cases. Pursuant to Government Code section 70616, any non-exempt party who has appeared in this action, but who has not paid the required complex case fee, is ordered to pay the fee to the clerk within ten calendar days of the filing of this order. Failure to pay the required fees shall have the same effect as the failure to pay a filing fee, and shall be subject to the same enforcement and penalties (Cal. Gov. Code § 70616(g)).

☐ **THE CASE IS DECLARED NOT COMPLEX:** Any complex case fees that the parties have previously paid pursuant to 70616(a) or (b) shall be reimbursed upon submission of a refund request together with a copy of this minute order by the paying party to the Court's Civil General Civil Processing Unit. It may be submitted by mail or placed in one of the Civil Drop Boxes located in Room 102 and the lobby of the Gordon D. Schaber Courthouse at 720 9th Street, Sacramento CA 95814.

The plaintiff is directed to serve all other parties with a copy of this order.

DATED: __1/27/2023__

STEVEN GEVERCER
Supervising Judge Civil Division
Superior Court of California, County of Sacramento

## PROOF OF SERVICE

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000 Los Angeles, California 90067.

On **February 9, 2023**, I served the document described as: **NOTICE OF ORDER RE COMPLEX CASE DETERMINATION** on the interested parties in this action by sending [ ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or]    [ ] as stated on the attached service list:

CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

*Registered Agent for Defendants:*
ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY
SRS DISTRIBUTION INC.
J. B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC.
BUILDERS SUPPLY LOGISTICS, INC.

[X]  **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[ ]  **BY E-MAIL:** I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

[ ]  **BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the counsel for Defendant.

[ ]  **BY ELECTRONIC SERVICE:** I caused the document(s) to be transmitted electronically via One Legal eService to the individuals listed above, as they exist on that database. This will constitute service of the document(s).

[ ]  **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid. The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 9, 2023** at Los Angeles, California.

Riley McIntire
Type/Print Name                              Signature

RECEIVED
IN DROP BOX

2023 FEB -9  PM 1:09

DOWNTOWN COURTHOUSE
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO