MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
SAMUEL S. SADEGHI (State Bar No. 311785)
MAYRA NEGRETE (State Bar No. 333491)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:   +1.714.830.0700
carrie.gonell@morganlewis.com
sam.sadeghi@morganlewis.com
mayra.negrete@morganlewis.com

Attorneys for Defendants
ROOFLINE, INC., SRS DISTRIBUTION INC., J.B.
WHOLESALE ROOFING AND BUILDING SUPPLIES,
INC., and BUILDERS SUPPLY LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ and JUAN PINZON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY, an Oregon corporation; SRS DISTRIBUTION INC., a Delaware corporation; J.B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., a California Corporation; BUILDERS SUPPLY LOGISTICS, INC., a Delaware corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANTS ROOFLINE, INC., SRS DISTRIBUTION INC., J.B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., AND BUILDERS SUPPLY LOGISTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Roofline, Inc., SRS Distribution Inc., J.B. Wholesale Roofing and Building Supplies, Inc., and Builders Supply Logistics, Inc. (together, "Defendants") represents, to the best of its knowledge, the following:

Roofline, Inc.'s parent company is SRS Distribution Inc.  No publicly held corporation owns 10% or more of SRS Distribution Inc.'s stock.

J.B. Wholesale Roofing and Building Supplies, Inc.'s parent company is SRS Distribution Inc.  No publicly held corporation owns 10% or more of SRS Distribution Inc.'s stock.

Builders Supply Logistics, Inc.'s parent company is SRS Distribution Inc.  No publicly held corporation owns 10% or more of SRS Distribution Inc.'s stock.

SRS Distribution Inc.'s parent company is Shingle Acquisition Intermediate, Inc.  No publicly held corporation owns 10% or more of Shingle Acquisition Intermediate, Inc.'s stock.

Defendants will promptly file a supplemental statement if any of this information changes, as required by Federal Rule of Civil Procedure 7.1.

Dated:  March 2, 2023                                    MORGAN, LEWIS & BOCKIUS LLP

By */s/ Carrie A. Gonell*
Carrie A. Gonell
Samuel S. Sadeghi
Mayra Negrete
Attorneys for Defendants
ROOFLINE, INC., SRS DISTRIBUTION INC., J.B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., and BUILDERS SUPPLY LOGISTICS, INC.