MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
SAMUEL S. SADEGHI (State Bar No. 311785)
MAYRA NEGRETE (State Bar No. 333491)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700
carrie.gonell@morganlewis.com
samuel.sadeghi@morganlewis.com
mayra.negrete@morganlewis.com

Attorneys for Defendants
ROOFLINE, INC., SRS DISTRIBUTION INC., J.B.
WHOLESALE ROOFING AND BUILDING SUPPLIES,
INC., and BUILDERS SUPPLY LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ and JUAN PINZON, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY, an Oregon corporation; SRS DISTRIBUTION INC., a Delaware corporation; J.B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., a California Corporation; BUILDERS SUPPLY LOGISTICS, INC., a Delaware corporation; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. _____ <br><br> **DEFENDANTS' NOTICE OF RELATED CASES** <br><br> **[28 U.S.C. § 1332(a)]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Civil Local Rule 123, the undersigned counsel of record for Defendants hereby files this Notice of Related Cases.

The action is related to the following actions set forth below:

**Action 1**

1. Case Name: *Albert Guazon and Ernesto Lainez v. Heritage Landscape Supply Group, Inc., et al.*
2. Case Number: STK-CV- UOE-2023-1507
3. Court: Superior Court of the State of California, County of San Joaquin
4. Relationship to this case: The *Guazon* action (i) names one of the defendants named in the *Jimenez* action, (ii) partially overlaps as to the putative class defined in the *Jimenez* action, and (iii) asserts some of the same wage and hour claims asserted in the *Jimenez* action under the California Labor Code, including failure to pay overtime and minimum wages, failure to provide meal and rest breaks, failure to timely pay all wages, failure to pay all wages at time of separation of employment, failure to provide accurate wage statements, and failure to reimburse necessary work expenses.

**Action 2**

1. Case Name: *Roberto Rivera v. J.B. Wholesale Roofing and Building Supplies, Inc.*
2. Case Number: 21TRCV00503.
3. Court: Superior Court of the State of California, County of Los Angeles.
4. Relationship to this case: The *Rivera* action (i) names one of the defendants named in the *Jimenez* action, (ii) partially overlaps as to the putative class defined in the *Jimenez* action, and (iii) asserts some of the same wage and hour claims asserted in the *Jimenez* action under the California Labor Code, including failure to pay overtime and minimum wages, failure to provide meal and rest breaks, failure to

timely pay all wages, failure to pay all wages at time of separation of employment, failure to provide accurate wage statements, and failure to reimburse necessary work expenses, failure to keep complete and accurate payroll records, and violation of Business and Professions Code Section 17200 *et seq*.

Dated:  March 2, 2023                                MORGAN, LEWIS & BOCKIUS LLP


By */s/ Carrie A. Gonell*
   Carrie A. Gonell
   Samuel S. Sadeghi
   Mayra Negrete
   Attorneys for Defendants
   ROOFLINE, INC., SRS DISTRIBUTION
   INC., J.B. WHOLESALE ROOFING
   AND BUILDING SUPPLIES, INC., and
   BUILDERS SUPPLY LOGISTICS, INC.

DEFENDANTS' NOTICE OF RELATED CASES