UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ and JUAN PINZON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY, an Oregon corporation; SRS DISTRIBUTION INC., a Delaware corporation; J. B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., a California corporation; BUILDERS SUPPLY LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00398-WBS-JDP<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT STIPULATION TO PERMIT PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT |

## ORDER ON STIPULATION

Before the Court is the Parties' Joint Stipulation to Permit Plaintiffs Leave to File Amended Complaint ("Joint Stipulation"). In the Joint Stipulation, the Parties seek an order from the Court permitting Plaintiffs leave to file a First Amended Complaint. For the reasons outlined in the Joint Stipulation and for good cause appearing therein, the Court finds that the Parties' requests are GRANTED as follows:

1. Plaintiffs are permitted leave to file the First Amended Complaint that is *attached* to the Parties' Joint Stipulation as **Exhibit A** is GRANTED;

2. Upon entry of this Order, Plaintiffs may file the First Amended Complaint attached to the Parties Joint Stipulation as **Exhibit A**; and

3. Upon filing of the First Amended Complaint, Defendants shall have 30 days in which to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: May 30, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE