1
2
3
4
5
6
7
8
9
10
11
12

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA**

15 | CARLOS JIMENEZ and JUAN
PINZON, individually, and on behalf of
16 | other members of the general public
similarly situated, and as aggrieved
17 | employees pursuant to the Private
Attorneys General Act ("PAGA"); and
18 | MICHAEL MAGDALENO, as an
aggrieved employee pursuant to PAGA,
19
Plaintiffs,
20 |      vs.

21 | ROOFLINE, INC. dba ROOFLINE
SUPPLY & DELIVERY, an Oregon
22 | corporation; SRS DISTRIBUTION
INC., a Delaware corporation; J. B.
23 | WHOLESALE ROOFING AND
BUILDING SUPPLIES, INC., a
24 | California corporation; BUILDERS
SUPPLY LOGISTICS, INC., a
25 | Delaware corporation; and DOES 1
through 10, inclusive,
26
     Defendants.
27
28

Case No.: 2:23-cv-00398-WBS-JDP

Hon. William B. Shubb

**ORDER GRANTING STIPULATION
TO REMAND ACTION TO STATE
COURT**

## <u>ORDER ON STIPULATION</u>

Based on the Parties' Stipulation to Remand Action to State Court and good cause appearing therefor, the Court orders as follows:

1.      This action is remanded to the Superior Court of the State of California for the County of Sacramento solely for purpose of the Parties seeking court approval of their settlement and without prejudice to Defendants' right to a federal forum; and

2.      Should the Sacramento County Superior Court deny settlement approval, Plaintiffs may dismiss the case without prejudice subject to refiling of the case in federal court subject to tolling the statute of limitations to match the limitations period in the now-pending action.

**IT IS SO ORDERED.**

Dated:  April 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT